FILED

2023 AUG 22 PM 1:05

CD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER **MJ 23-04300** |
|---|---|
| PLAINTIFF(S) | 3:2017-cr-00068-DJH |
| v. | |
| HORTON, Jerlen<br>USMS# 19105-033 | **AFFIDAVIT RE<br>OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: Supervised Release Violation Petition
in the Western District of Kentucky on Nov 9, 2021
at 10:48 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about Nov 3, 2021
in violation of Title 18 U.S.C., Section(s) 3583(e)(3)
to wit: _____

A warrant for defendant's arrest was issued by: Hon. David J Hale

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Arrest Warrant, Petition, CR-64

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _____, by

_____, Deputy Clerk.

_Antonio R. Kirby_
**Signature of Agent**

Alberto Landazuri
**Print Name of Agent**

USMS
**Agency**

DUSM
**Title**

CR-52 (05/98)          AFFIDAVIT RE OUT-OF-DISTRICT WARRANT